IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALBERTA ROYSTER,**
    Plaintiff,

vs.   CASE NO.: 3:06cv52/MCR/MD

**ESCAMBIA COUNTY NURSING HOME, et al.,**
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 13, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This cause of action is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

DONE AND ORDERED this 31st day of March, 2006.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**